# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Joseph G. Rosania, Jr.

In re:

DAVID JAMES DAVEY,

Debtor(s).

Bankruptcy Case No 24-17204-JGR

Chapter 13

## ORDER DISMISSING DEFICIENT CASE AND VACATING HEARING

THIS MATTER comes before the Court on review of the within incomplete Chapter 13 bankruptcy case.  The Court, having reviewed the file,

DOES FIND that the within case was filed December 4, 2024 in a wholly deficient manner.  Upon filing, the Clerk mailed a notice of the deficient case advising the Debtor and Debtor's counsel, if any, that if the deficiencies were not cured **on or before December 18, 2024**, the Court would enter an order dismissing case.  To date, the Debtor failed to file all required documents necessary to cure the deficient filing, including the Chapter 13 plan.

> The debtor may file a chapter 13 plan with the petition. If a plan is not filed with the petition, it shall be filed within 14 days thereafter, and such time may not be further extended except for cause shown and on notice as the court may direct. If a case is converted to chapter 13, a plan shall be filed within 14 days thereafter, and such time may not be further extended except for cause shown and on notice as the court may direct.

Fed.R.Bankr.P. 3015(b).

THE COURT FURTHER FINDS that Debtor has not remitted the first installment payment of the filing fee which was due on December 18, 2024.

THE COURT FURTHER FINDS that based upon the Debtor's failure to cure the deficient filing and not timely advancing a Chapter 13 plan which creates an undue disadvantage to creditors and interested parties, the Court determines it is appropriate to dismiss the within deficient case and vacate the scheduled confirmation hearing.

IT IS THEREFORE ORDERED that this deficient case be and hereby is DISMISSED without prejudice; and it is

FURTHER ORDERED that the Clerk shall give notice of this dismissal pursuant to Rule 2002(f), Fed.R.Bankr.P. utilizing whatever addresses may be available from the record within five (5) days of the date of this Order; and it is

FURTHER ORDERED that the hearing regarding confirmation of the Chapter 13 Plan scheduled for January 30, 2025 is hereby VACATED.

Dated: December 20, 2024.                BY THE COURT:

                                         _____
                                         Joseph G. Rosania, Jr.,
                                         United States Bankruptcy Judge